Beverly MORRIS; Joy Clarke Holmes;
Joanne Oplustil, Appellees,

v.

The BOARD OF ESTIMATE, The City of
New York, Edward I. Koch, individual-
ly and as City Council President, Harri-
son J. Goldin, individually and as
Comptroller for the City of New York,
Howard Golden, David N. Dinkins,
Stanley Simon, Clare Shulman, Ralph
J. Lamberti, each individually and as
Borough Presidents of the Boroughs of
the City of New York, Appellants,

Frank V. Ponterio,
Intervenor–Defendant–Appellant,

Robert A. Straniere, individually and as a
member of the New York State Assem-
bly, Intervenor–Defendant–Appellant.

Nos. 966, 96 Docket 86–9019,
86–9041 and 86–9059.

United States Court of Appeals,
Second Circuit.

Argued May 4, 1987.

Decided Oct. 8, 1987.

EDITOR'S NOTE:

The title caption of the opinion published
at 831 F.2d 384 is corrected as follows:

Beverly MORRIS; Joy Clarke Holmes;
Joanne Oplustil, Plaintiffs–Appellees,

v.

The BOARD OF ESTIMATE, The City of
New York, Edward I. Koch, individually
and as Mayor of New York, Carol Bella-
my, as City Council President, Harrison J.
Goldin, individually and as Comptroller
for the City of New York, Howard Gold-
en, Andrew Stein, Stanley Simon, Donald
Manes, Ralph Lamberti, each individually
and as Borough Presidents of the bor-
oughs of the City of New York, Defen-
dants–Appellants,

and

Frank V. Ponterio,
Intervenor–Defendant–Appellant,

Robert A. Straniere, individually and as a
member of the New York State Assem-
bly, Intervenor–Defendant–Appellant.

James Joseph CORSELLI,
Plaintiff–Appellant,

v.

Thomas A. COUGHLIN, III, James E.
Sullivan, [Pedro] Berrios and Ronald
G. Bolt, Defendants–Appellees.

No. 667, Docket 87–2088.

United States Court of Appeals,
Second Circuit.

Argued Jan. 26, 1988.

Decided March 15, 1988.

